**Affirmed as Reformed and Memorandum Opinion filed March 6, 2014.**



In The

## 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-13-00264-CR

**TERRY LEE BAGLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1364009**

## M E M O R A N D U M   O P I N I O N

A jury convicted appellant of aggravated assault against a public servant with a deadly weapon. On March 13, 2013, the trial court sentenced appellant to confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders*

*v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

However, the judgment fails to reflect appellant pled true to the enhancement allegation. Accordingly, we reform the judgment of conviction to reflect that appellant entered a plea of true to the enhancement allegation. *See* Tex. R. App. P. 43.2. As reformed, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices McCally, Busby and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).

2